# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Timothy Glick<br><br>　　　　Plaintiff(s)<br><br>v.<br><br>Performant Financial Corporation<br><br>　　　　Defendant(s) | CASE No C 16-cv-05461-JST<br><br>STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☒ **Mediation** (ADR L.R. 6)

☐ **Private ADR** (*specify process and provider*)

*Note*: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you *must* file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*

☒ other requested deadline: After March 1, 2017

Date: 12/16/2016    /s/ Patrick H. Peluso
　　　　　　　　　　Attorney for Plaintiff

Date: 12/16/2016    /s/ Stephen Watkins
　　　　　　　　　　Attorney for Defendant

☐ IT IS SO ORDERED
☒ IT IS SO ORDERED WITH MODIFICATIONS: The deadline will be March 31, 2017

Date: December 19, 2016

　　　　　　　　　　U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 11-2016*