

October 10, 2017

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY GLICK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>PERFORMANT FINANCIAL CORPORATION,<br><br>Defendant. | Case No. 3:16-cv-05461-JST<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS |

    The Court has reviewed the Stipulation to Dismiss of Plaintiff Timothy Glick and Defendant Performant Recovery, Inc. erroneously sued and served as Performant Financial Corporation. Good cause appearing, the Court grants the parties' Stipulation to Dismiss Plaintiff's individual claim, with prejudice, and to dismiss without prejudice the putative class action claims asserted by Plaintiff pursuant to FRCP 41(a)(1)(A)(ii), with each party to bear their respective attorneys' fees and costs.

{00075449;1}

1

[PROPOSED] ORDER GRANTING
STIPULATION TO DISMISS
CASE NO. 3:16-cv-05461-JST

1  **IT IS SO ORDERED.**

2

3  _____
   Hon. Jon S. Tigar
4  United States District Judge